**UNITED STATES BANKRUPTCY COURT**
For the Southern District of Texas
Houston Division

In Re:  Case No: 07-34007
Chapter: 7

John D. McRae, Jr.

## REQUEST FOR ALL NOTICES

THE TEXAS A&M UNIVERSITY SYSTEM, a creditor and party in interest, hereby enters its Notice of Request for All Notices in this case and requests that copies of all notices required by the Federal Rules of Bankruptcy Procedure to be given, including notices under Rule 2002, be given to it at the following address:

THE TEXAS A&M UNIVERSITY SYSTEM
Office of General Counsel

Dated: 11/2/07

A&M System Building, Ste. 2079     THE TEXAS A&M UNIVERSITY SYSTEM

200 Technology Way                          By: /s/Karen B. Royal
                                                           Karen B. Royal
                                                           Assistant General Counsel
College Station, TX 77845

                                                           Office of General Counsel
Attn:  Karen B. Royal


Cc: Larry A. Vick